No. 73–165. BOTENS ET AL. *v.* ARONAUER ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 73–453. MANNING *v.* GILLIGAN, GOVERNOR OF OHIO, ET AL. Appeal from D. C. N. D. Ohio dismissed for want of substantial federal question.

No. 73–5481. SAYLES *v.* McGUIRE, U. S. DISTRICT JUDGE. Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 72–5437. BENNETT *v.* DEPARTMENT OF GAME OF WASHINGTON ET AL. Sup. Ct. Wash. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further proceedings not inconsistent with the opinion of this Court in *Department of Game of Washington* v. *Puyallup Tribe, ante,* p. 44.

No. A–412. STARKEY *v.* MISSOURI. Sup. Ct. Mo. Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–493. TERRANOVA *v.* NEW JERSEY STATE PRISON, RAHWAY, ET AL. C. A. 3d Cir. Application for bail presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.